AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of _NEVADA_____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-mj-00382-VCF |
| | ) | |
| MARC DIMAGIBA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 03/30/2018 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Mar 29, 2018

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

___FILED       ___RECEIVED
___ENTERED     ___SERVED ON
        COUNSEL/PARTIES OF RECORD

MAR 2 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY