GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
Attorney for Defendant, MARC DIMAGIBA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC DIMAGIBA,<br><br>Defendant. | CASE NO. 2:18-cr-00105-JCM-PAL |

**DEFENDANT MARC DIMAGIBA'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER**

Defendant, Marc DiMagiba, by and through his attorney Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, hereby moves this Honorable Court to order the United States Probation Office prepare a Pre-Plea Presentence Investigation Report so that a formal determination of Mr. DiMagiba's criminal history score can be ascertained. As this Honorable Court is aware, depending on the determination of his criminal history score, Marc's sentencing exposure could significantly increase.

A proposed plea has been provided so in order to help facilitate a resolution of this matter and in the interest of judicial economy, it is respectfully requested that the United States Probation Office be directed to prepare a Pre-Plea Presentence Investigation Report as soon as practicable.

Assistant United States Attorney, Allison Reese has no objection to Marc's request.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Dated this 8th day of February, 2019.

GENTILE CRISTALLI
MILLER ARMENI SAVARESE

/s/ Paola M. Armeni
PAOLA M. ARMENI
Nevada Bar No. 8357
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
(702) 880-0000
Attorney for Defendant, Marc DiMagiba

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARC DIMAGIBA,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-cr-00105-JCM-PAL |

### ORDER

IT IS HEREBY ORDERED that Defendant Marc DiMagiba's Unopposed Motion for a Pre-Plea Presentence Investigation Report is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office shall prepare and provide to the Court by no later than ___May 13___, 2019, a Pre-Plea Presentence Investigation Report with the guideline calculation requested for Defendant Marc DiMagiba's criminal history only.

Dated this __13th__ day of February, 2019.

_____
**PEGGY A. LEEN**
**UNITED STATES MAGISTRATE JUDGE**
**CASE NO.: 2:18-cr-00105-JCM-PAL**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of **DEFENDANT MARC DIMAGIBA'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** was served on the 11 day of February, 2019, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Allison Reese   Allison.Reese@usdoj.gov, CaseView.ECF@usdoj.gov, Cindee.Davis@usdoj.gov, mayumi.coffman@usdoj.gov

_____
An employee of
GENTILE CRISTALLI
MILLER ARMENI SAVARESE

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000