GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
Email:  parmeni@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel:  (702) 880-0000
Fax:  (702) 778-9709
Attorney for Defendant, MARC DIMAGIBA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC DIMAGIBA,<br><br>Defendant. | CASE NO. 2:18-cr-00105-JCM-NJK |

## STIPULATION AND ORDER TO CONTINUE SENTENCING (FIRST REQUEST)

**IT IS HEREBY STIPULATED** by and between Marc DiMagiba ("Mr. Dimagiba"), Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese and the Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney, and, Allison Reese, Assistant United States Attorney, that the sentencing hearing currently scheduled for September 9, 2019, at 10:00 a.m., be vacated. The Parties respectfully request the hearing be continued to September 18, 2019, at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. Sentencing in this matter is currently scheduled for September 9, 2019, at 10:00 a.m.

2. Ms. Armeni will be out of the jurisdiction on September 9 and 10th for a State Bar of Nevada Board of Governors' Meeting.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

1 of 1

3. Ms. Armeni needs a short continuance of the current sentencing hearing so she can be present at the sentencing hearing on behalf of Mr. Dimagiba.

4. Mr. DiMagiba has appeared in this case and is in custody and, along with the government, agrees to this short continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

8. This is the first request for a continuance of the sentencing hearing.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 10th day of June, 2019. | DATED this 10th day of June, 2019 |
| /s/ Allison Reese<br>ALLISON REESE<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>MARC DIMAGIBA |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MARC DIMAGIBA,<br><br>                    Defendant. | CASE NO. 2:18-cr-00105-JCM-NJK |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Sentencing in this matter is currently scheduled for September 9, 2019, at 10:00 a.m.

2. Ms. Armeni will be out of the jurisdiction on September 9 and 10th for a State Bar of Nevada Board of Governors' Meeting.

3. Ms. Armeni needs a short continuance of the current sentencing hearing so she can be present at the sentencing hearing on behalf of Mr. Dimagiba.

4. Mr. DiMagiba has appeared in this case and is in custody and, along with the government, agrees to this short continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

…

…

…

…

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

8. This is the first request for a continuance of the sentencing hearing.

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for September 9, 2019, at the hour of 10:00 a.m. is hereby vacated and continued to the 18th day of September 2019, at the hour of 10:00 a.m., in Courtroom 6A.

**DATED** June 12, 2019.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:18-cr-00105-JCM-NJK**

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000