CLARK HILL PLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Attorney for Defendant, MARC DIMAGIBA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00105-JCM-NJK-1 |
| Plaintiff, | |
| vs. | |
| MARC DIMAGIBA, | |
| Defendant. | |

### STIPULATION AND ORDER TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (THIRD REQUEST)

**IT IS HEREBY STIPULATED** by and between Marc DiMagiba, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLC and the Plaintiff, United States of America, by and through Nicholas Trutanich, United States Attorney, and, Allison Reese, Assistant United States Attorney, that the Revocation of Supervised Release hearing in the above-captioned matter, currently scheduled for December 18, 2020, at the hour of 10:30 a.m. be vacated and set to a date and time convenient to the Court but not earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Defendant, Marc DiMagiba states that he has COVID-19 and has developed symptoms of the virus.

2. Mr. DiMagiba has appeared in this case, is not custody, and agrees to this short continuance.

3. Based on Mr. DiMagiba's representation to his counsel that he has COVID-19, the government agrees with this short continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.
5. The COVID Protocols permits this Court to continue a Revocation of Supervised Release hearing for good cause. Good cause exists in this case.
6. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the Revocation of Supervised Release hearing.
7. This is the third request for a continuance of the Revocation of Supervised Release hearing.

| | |
|---|---|
| NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA<br><br>DATED this 18th day of December, 2020.<br><br>/s/ Allison Reese<br>ALLISON REESE<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | CLARK HILL PLC<br><br><br>DATED this 18th day of December, 2020.<br><br>/s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>MARC DIMAGIBA |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>MARC DIMAGIBA,<br><br>                     Defendant. | CASE NO. 2:18-cr-00105-JCM-PAL |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The Defendant, Marc DiMagiba states that he has COVID-19 and has developed symptoms of the virus.
2. Mr. DiMagiba has appeared in this case, is not custody, and agrees to this short continuance.
3. Based on Mr. DiMagiba's representation to his counsel that he has COVID-19, the government agrees with this short continuance.
4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.
5. The COVID Protocols permits this Court to continue a Revocation of Supervised Release hearing for good cause.  Good cause exists in this case.
6. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the Revocation of Supervised Release hearing.

…

…

…

7. This is the third request for a continuance of the Revocation of Supervised Release hearing.

**ORDER**

**IT IS HEREBY ORDERED** that the Revocation of Supervised Release hearing in this matter scheduled for December 18, 2020, at the hour of 10:30 a.m., is hereby vacated and continued to the  5th  day of     February    , 2021, at the hour of  11:00   a .m., in Courtroom 6A.

**DATED** December 18, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:18-cr-00105-JCM-NKK-1**